**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Saratoga Springs Partners, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 47-4736121 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 351-353 Broadway<br>Saratoga Springs, NY 12866 | c/o Phoenix HR Group<br>353 Broadway, 4th Floor<br>Saratoga Springs, NY 12866 |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Saratoga | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Saratoga Springs Partners, LLC
    _____    Case number (*if known*) _____
    Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Saratoga Springs Partners, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Saratoga Springs Partners, LLC
_____    Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 17, 2019
_____
MM / DD / YYYY

**X** /s/ James D'Iorio _____    James D'Iorio _____
Signature of authorized representative of debtor    Printed name

Title    Managing Member _____

**18. Signature of attorney**

**X** /s/ Richard L. Weisz, Esq. _____    Date    April 17, 2019 _____
Signature of attorney for debtor    MM / DD / YYYY

Richard L. Weisz, Esq. _____
Printed name

Hodgson Russ LLP _____
Firm name

677 Broadway, Suite 301
Albany, NY 12207 _____
Number, Street, City, State & ZIP Code

Contact phone    518-465-2333 _____    Email address    rweisz@hodgsonruss.com _____

102807 NY _____
Bar number and State

**CORPORATE RESOLUTION**
**OF**
**THE MAJORITY MEMBERS**
**OF**

**SARATOGA SPRINGS PARTNERS, LLC**

Upon considering the financial condition of Saratoga Springs Partners, LLC, a Limited Liability Company organized and existing under the laws of the State of New York, and the imminent foreclosure of the Rip Van Dam Hotel Project site, even though financing has been secured, and upon the majority consent of the Majority Members, it is

**RESOLVED**, that the Company must file a Chapter 11 bankruptcy petition and James D'Iorio, Authorized Representative and Majority Member on behalf of Saratoga Springs Partners, LLC, was given authority to take action as necessary, and James D'Iorio as the Company's Authorized Representative and Majority Member, shall execute the necessary petition and schedules, and that Hodgson Russ LLC be retained to represent the Company in the bankruptcy proceeding.

DATED:        April 17, 2019

SARATOGA SPRINGS PARTNERS, LLC

By: _____
        James D'Iorio
        Managing Member

**SPECIAL MEETING**
**OF THE**
**MAJORITY MEMBERS**
**OF**

**SARATOGA SPRINGS PARTNERS, LLC**

A Special meeting of the Majority Members of Saratoga Springs Partners, LLC was held telephonically on April 17, 2019 at 10:00 a.m. at the office of Hodgson Russ LLP, 677 Broadway, Albany, New York, 12207.

The financial condition of the Company was discussed, and questions were answered as to why a bankruptcy Chapter 11 must be filed by the company to avoid enforcement, collection and seizure actions by creditors.

A motion was made that the corporation file a Chapter 11 bankruptcy petition and to retain Hodgson Russ LLP as attorneys for the Company.

The motion was passed by the Majority Members of the Company.

DATED:     April 17, 2019

SARATOGA SPRINGS PARTNERS, LLC

By: _____
        James D'Iorio
        Managing Member

**WAIVER OF NOTICE OF MEETING**
**OF**
**MAJORITY MEMBERS**
**OF**

**SARATOGA SPRINGS PARTNERS, LLC**

I, the undersigned, being the Authorized Representative and Majority Member on behalf of Saratoga Springs Partners, LLC, a Limited Liability Company organized and existing under the laws of the State of New York, hereby agree and consent that the meeting of the Company's Majority Members be held telephonically on the date and at the time and place stated below for the purpose of authorizing the Corporation to file a Chapter 11 bankruptcy petition, and all such other business as may lawfully come before said meeting and hereby waive all notice of the meeting and of any adjournment thereof.

Place of Meeting:           Hodgson Russ LLP
                            677 Broadway, Suite 301
                            Albany, New York  12207

Date of Meeting:            April 17, 2019

Time of Meeting:            10:00 a.m.

DATED:      April 17, 2019

                            SARATOGA SPRINGS PARTNERS, LLC

                            By: _____
                                James D'Iorio
                                Managing Member

**Fill in this information to identify the case:**

Debtor name    Saratoga Springs Partners, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 17, 2019      **X** /s/ James D'Iorio
                                                     Signature of individual signing on behalf of debtor

                                                     James D'Iorio
                                                     Printed name

                                                     Managing Member
                                                     Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Saratoga Springs Partners, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-Z Property Maintenance 279 Greenfield Avenue Ballston Spa, NY 12020 | 518-409-1393 | | | | | $1,765.50 |
| Albany Fire Protection, Inc. P.O. Box 429 Watervliet, NY 12189 | 518-274-1405 | | | | | $1,342.85 |
| CHA Design/Construction Solutions 3 Winners Circle Albany, NY 12205 | 518-453-4500 | | | | | $40,028.23 |
| Charles Crosby & Son, Inc. d/b/a Merlin Development & Construction Co. 7 Wells Street, Suite 302 Saratoga Springs, NY 12866 | 518-584-5601 | Ground Lease, 280 Hamilton Street, Saratoga Springs, New York (Parking Lot) | | | | $108,598.00 |
| David L. Wallace & Associates, P.A. 542 Douglas Avenue Dunedin, FL 34698 | 727-736-6000 | | | | | $93,989.50 |
| Delaney Vero, PLLC 2 Fenway Court Albany, NY 12211 | 518-477-3452 | | | | | $26,925.02 |
| Dente Group 595 Broadway Watervliet, NY 12189 | 518-266-0310 | | | | | $80.00 |
| Galusha & Sons, LLC 426 Dix Avenue P.O. Box 4787 Queensbury, NY 12804 | 518-761-0400 | | | | | $9,365.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  Saratoga Springs Partners, LLC
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NLH Property Management 340 Broadway Saratoga Springs, NY 12866 | 518-581-8310 | | | | | $8,394.43 |
| Siena Fence Co., Inc. P.O. Box 4893 Clifton Park, NY 12065 | 518-877-4362 | | | | | $6,042.00 |
| Studio Abode 500 Bishop Street, N.W. Atlanta, GA 30318 | 404-920-8690 | | | | | $5,150.21 |
| Tecta America 2 Sterling Road North Billerica, MA 01862 | 978-528-3138 | | | | | $2,250.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Saratoga Springs Partners, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*...............................................................................    $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................    $      0.00

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................    $      0.00

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      10,908,304.02

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      303,930.74

4.    **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b      $      11,212,234.76

---

**Fill in this information to identify the case:**

Debtor name _____ Saratoga Springs Partners, LLC _____

United States Bankruptcy Court for the: ___ NORTHERN DISTRICT OF NEW YORK ___

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| **2.1** | City of Saratoga Springs | Describe debtor's property that is subject to a lien | $16,642.41 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Commissioner of Finance,
Real Property
P.O. Box 128
Saratoga Springs, NY 12866

Creditor's mailing address

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2** | PCG Select Series I LLC, et al. | Describe debtor's property that is subject to a lien | $10,891,661.61 | $0.00 |
|---|---|---|---|---|

Creditor's Name

c/o Bartlett Pontiff Stewart &
Rhodes PC
Attention:  Mark A. Lebowitz,
Esq.
One Washington Street, P.O.
Box 2168
Glens Falls, NY 12801-2168

Creditor's mailing address

Lead Plaintiff in foreclosure proceeding with:
Rooster Coop LLC, Robert Conte, Wildermuth
Endowment Strategy Fund, Equitymultiple 31,
LLC and PCG Credit Partners, LLC as
Co-Plaintiffs

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Saratoga Springs Partners, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $10,908,304.02

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Saratoga Springs Partners, LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>A-Z Property Maintenance<br>279 Greenfield Avenue<br>Ballston Spa, NY 12020<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,765.50 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Albany Fire Protection, Inc.<br>P.O. Box 429<br>Watervliet, NY 12189<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,342.85 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>CHA Design/Construction Solutions<br>3 Winners Circle<br>Albany, NY 12205<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $40,028.23 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Charles Crosby & Son, Inc. d/b/a Merlin<br>  Development & Construction Co.<br>7 Wells Street, Suite 302<br>Saratoga Springs, NY 12866<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Ground Lease, 280 Hamilton Street, Saratoga Springs, New York (Parking Lot)<br><br>Is the claim subject to offset? ■ No ☐ Yes | $108,598.00 |

| Debtor | Saratoga Springs Partners, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93,989.50**

David L. Wallace & Associates, P.A.
542 Douglas Avenue
Dunedin, FL 34698

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,925.02**

Delaney Vero, PLLC
2 Fenway Court
Albany, NY 12211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00**

Dente Group
595 Broadway
Watervliet, NY 12189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,365.00**

Galusha & Sons, LLC
426 Dix Avenue
P.O. Box 4787
Queensbury, NY 12804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,394.43**

NLH Property Management
340 Broadway
Saratoga Springs, NY 12866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,042.00**

Siena Fence Co., Inc.
P.O. Box 4893
Clifton Park, NY 12065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,150.21**

Studio Abode
500 Bishop Street, N.W.
Atlanta, GA 30318

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Saratoga Springs Partners, LLC | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,250.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

Tecta America
2 Sterling Road
North Billerica, MA 01862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|------------------------------------------|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 303,930.74 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 303,930.74 |

---

---

**Fill in this information to identify the case:**

Debtor name        Saratoga Springs Partners, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Ground Lease for 280 Hamilton Street, Saratoga Springs, Nw York (Parking Lot) -- 99 Year Including Options |
|        State the term remaining |  |
|        List the contract number of any government contract  _____ | Charles Crosby & Son, Inc. d/b/a Merlin Development & Construction Co. 7 Wells Street, Suite 302 Saratoga Springs, NY 12866 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Saratoga Springs Partners, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 James D'Iorio | c/o Saratoga Springs Partners, LLC<br>351-353 Broadway<br>Saratoga Springs, NY 12866 | | PCG Select Series I<br>LLC, et al. | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Thomas D'Iorio | c/o Saratoga Springs Partners, LLC<br>351-353 Broadway<br>Saratoga Springs, NY 12866 | | PCG Select Series I<br>LLC, et al. | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re     Saratoga Springs Partners, LLC _____     Case No. _____
_____ Debtor(s)     Chapter     11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | * |
| Prior to the filing of this statement I have received  (inclusive of filing fee) via wire | $ | 16,717.00 |
| Balance Due | $ | ** |

\*  To be Approved by Court

\*\*  To be Allowed by Court

2.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| April 17, 2019 | /s/  Richard L . Weisz |
| *Date* | Richard L. Weisz, Esq. |
| | *Signature of Attorney* |
| | Hodgson Russ LLP |
| | 677 Broadway, Suite 301 |
| | Albany, NY 12207 |
| | 518-465-2333  Fax: 518-465-1567 |
| | rweisz@hodgsonruss.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of New York

In re    Saratoga Springs Partners, LLC                     Case No. _____

                                   Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| BAA Enterprises, LLC<br>353 Broadway<br>Saratoga Springs, NY 12866 | | | 51% |
| PBR Real Estate Development, LLC<br>30 Kenney Drive, Suite 30A<br>Cranston, RI 02920 | | | 49% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April 17, 2019                       Signature   /s/ James D'Iorio
                                               James D'Iorio

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re    Saratoga Springs Partners, LLC                                    ,

                              Debtor                    Case No.

                                                       Chapter    11

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
47-4736121

## CERTIFICATION OF MAILING MATRIX

I,(we),   Richard L. Weisz, Esq.   , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.


Dated:   April 17, 2019

                                        /s/ Richard L. Weisz, Esq.
                                        Richard L. Weisz, Esq.
                                        **Attorney for Debtor/Petitioner**
                                        (Debtor(s)/Petitioner(s))


F:LR1007 (10/19/99)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

.

A-Z Property Maintenance
279 Greenfield Avenue
Ballston Spa, NY 12020


Albany Fire Protection, Inc.
P.O. Box 429
Watervliet, NY 12189


BAA Enterprises, LLC
353 Broadway
Saratoga Springs, NY 12866


CHA Design/Construction Solutions
3 Winners Circle
Albany, NY 12205


Charles Crosby & Son, Inc. d/b/a Merlin
   Development & Construction Co.
7 Wells Street, Suite 302
Saratoga Springs, NY 12866


City of Saratoga Springs
Commissioner of Finance, Real Property
P.O. Box 128
Saratoga Springs, NY 12866


David L. Wallace & Associates, P.A.
542 Douglas Avenue
Dunedin, FL 34698


Delaney Vero, PLLC
2 Fenway Court
Albany, NY 12211


Dente Group
595 Broadway
Watervliet, NY 12189


Galusha & Sons, LLC
426 Dix Avenue
P.O. Box 4787
Queensbury, NY 12804

Internal Revenue Service
Bankruptcy Insolvency Unit, 5th Floor
Leo O'Brien Building, 1 Clinton Avenue
Albany, NY 12207


Internal Revenue Service
P.O. Box 7346
Bankruptcy Unit
Philadelphia, PA 19101-7346


James D'Iorio
c/o Saratoga Springs Partners, LLC
351-353 Broadway
Saratoga Springs, NY 12866


NLH Property Management
340 Broadway
Saratoga Springs, NY 12866


NYS Department Taxation & Finance
Attn: Bankruptcy Insolvency Unit
P.O. Box 5300
Albany, NY 12205-0300


Office of the U.S. Trustee
Northern District of New York
11A Clinton Avenue, Room 620
Albany, NY 12207


PBR Real Estate Development, LLC
30 Kenney Drive, Suite 30A
Cranston, RI 02920


PCG Select Series I LLC, et al.
c/o Bartlett Pontiff Stewart & Rhodes PC
Attention: Mark A. Lebowitz, Esq.
One Washington Street, P.O. Box 2168
Glens Falls, NY 12801-2168


Siena Fence Co., Inc.
P.O. Box 4893
Clifton Park, NY 12065


Studio Abode
500 Bishop Street, N.W.
Atlanta, GA 30318

Tecta America
2 Sterling Road
North Billerica, MA 01862


Thomas D'Iorio
c/o Saratoga Springs Partners, LLC
351-353 Broadway
Saratoga Springs, NY 12866


United States Attorney
Northern District of New York
P.O. Box 7198
Syracuse, NY 13261-7198

# United States Bankruptcy Court
## Northern District of New York

In re    Saratoga Springs Partners, LLC _____    Case No. _____

                                                 Debtor(s)    Chapter    11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Saratoga Springs Partners, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

April 17, 2019 _____
Date

/s/ Richard L. Weisz, Esq. _____
Richard L. Weisz, Esq.
Signature of Attorney or Litigant
Counsel for    Saratoga Springs Partners, LLC
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207
518-465-2333 Fax:518-465-1567
rweisz@hodgsonruss.com

/s/    James D'Iorio _____
James D'Iorio, Managing Member